# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCY

TO: ☒ U.S. DISTRICT JUDGE / ☐ U.S. MAGISTRATE JUDGE: The Hon. William Q. Hayes

| FROM: J. Vann, Deputy Clerk | RECEIVED DATE: February 21, 2020 |
|---|---|
| CASE NO. 3:01-cv-00440-WQH-MSB | DOC FILED BY: David A Dean |
| CASE TITLE: California Steamin, et al v. City of Temecula, et al | |
| DOCUMENT ENTITLED: Subpoena | |

Upon the submission of the attached document(s), the following discrepancies are noted:

Case closed/dismissed FRCvP 41; Improper title LR 5.1(j)

Date Forwarded:   February 24, 2020

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

| ☒ | The document is to be filed nunc pro tunc to date received. |
|---|---|
| ☐ | The document is NOT to be filed. But instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties. |

Rejected documents to be returned to pro se or inmate?  ☐ Yes.    Court copy retained by chambers ☐

Any further failure to comply with the Local Rules may lead to penalties pursuant to Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Dated: February 26, 2020

*William Q. Hayes*
Hon. William Q. Hayes
United States District Court